FILED

Oct 31 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23–00487 JST (KAW) |
|---|---|
| Plaintiff, | **ORDER RE: RELEASING DEFENDANT OKUSTINO JOHN MAUSIA FROM CUSTODY** |
| v. | |
| OKUSTINO MAUSIA, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant OKUSTINO MAUSIA whose is being housed at Alameda County - Santa Rita Jail and whose prisoner file number is #UMF362, and date of birth is November 27, 2000, be immediately released from the custody of the United States Marshal.

IT IS FURTHER ORDERED that upon his release from custody on November 1, 2024, Mr. Mausia shall go directly to the federal halfway house located in San Francisco, California.

Mr. Mausia is to remain at the halfway house for a period of 120 days and obey all rules of the program.  Mr. Mausia shall also comply with all other conditions of supervised release imposed by this Court, including any modifications.

This proposed order was approved by AUSA Jillian Harvey and USPO Manuel Perez.

IT IS SO ORDERED.

October 31, 2024
Dated

_[signature: Kandis Westmore]_
HON. KANDIS A. WESTMORE
United States Magistrate Judge

RELEASE ORDER
*MAUSIA*, CR 23–00487 JST (KAW)